Alan J. Kessel, Esq. (Cal. Bar No.: 130707)
Suzanne M. Burke, Esq. (Cal. Bar No.: 188597)
Kimberly R. Colombo, Esq. (Cal. Bar No.: 210451)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AGBUYA, et al.,<br><br>Defendants. | CASE NO. CIV. S-03-2445 LKK KJM<br><br>Hon. Lawrence K. Karlton<br><br>**JUDGMENT AGAINST DEFENDANT DENNIS ANDERSON** |

IT APPEARING from the Stipulation for Entry Judgment Against Defendant DENNIS ANDERSON ("Stipulation") filed herein and the Settlement Agreement and Release ("Agreement") entered into between the Parties in August 2004, that Defendant DENNIS ANDERSON stipulates to the entry of Judgment against him;

IT FURTHER APPEARING from the records before the Court that DIRECTV is entitled to file the Stipulation and receive Judgment thereon in its favor as set forth in the Agreement and Stipulation;

///
///
///
///
///

274988_1.DOC                               -1-                          (CIV. S-03-2445 LKK KJM)

**JUDGMENT AGAINST DEFENDANT DENNIS ANDERSON**

NOW THEREFORE, Judgment shall be entered against Defendant DENNIS ANDERSON, and in favor of Plaintiff DIRECTV, Inc., the sum of $10,000.00, plus post-judgment interest on the total amount of said judgment at the legal rate pursuant to 28 U.S.C. § 1961 from the date of entry of this Judgment.

Dated: June 9, 2005

/s/Lawrence K. Karlton
Hon. Lawrence K. Karlton
United States District Judge
Eastern District of California